# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-3360

———————

Edvin Gonzalez-Hernandez,     *
                                  *

        Petitioner,           *
                                  *

      v.                    *    Petition for Review from the
                                  *    Board of Immigration Appeals.

Eric H. Holder, Jr., Attorney General    *
of the United States,                *    [UNPUBLISHED]
                                  *

       Respondent.         *

———————

Submitted: May 1, 2012
Filed: May 4, 2012

———————

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

———————

PER CURIAM.

Guatemalan citizen Edvin Gonzalez-Hernandez petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum and withholding of removal. After careful review, we conclude that substantial evidence supports the denials of asylum and withholding of removal. See Davila-Mejia v. Mukasey, 531 F.3d 624, 627-29 (8th Cir. 2008) (standard of review; discussing claimant's burden of proof in asylum context; when alien fails to establish eligibility for asylum, he necessarily cannot meet more rigorous standard of proof for withholding of removal). Accordingly, we deny the petition. See 8th Cir. R. 47B.

———————————————